IN THE CIRCUIT COURT OF JEFFERSON COUNTY,
ALABAMA

| | |
|---|---|
| WILLIAM D. MCCLUSKEY, as Surviving Spouse and as Personal Representative of the Estate of Mary L. McCluskey, deceased, | * * * * * |
| Plaintiff, | * * |
| v. | * Case No. _____ |
| | * |
| MERCK & CO., INC., a foreign corporation; PHIZER INC., a Delaware Corporation; PHARMACIA CORPORATION, a Delaware Corporation; MONSANTO COMPANY, a Delaware Corporation; G. D. SEARLE, LLC, a Delaware Corporation; JAMES A. STEWART, an Individual; ANNA LEIGH WEBB, an Individual; TRAVIS TAYLOR, an Individual; Robert Vandelune, an Individual, et al, | * * * * * * * * * * * |
| Defendant. | * |

## NOTICE OF NOTICE OF REMOVAL

Comes now Defendant Liberty Mutual Insurance Company and hereby gives notice to this Honorable Court that it has this date filed a Notice of Removal removing this case to the United States District Court for the Northern District of Alabama, Northern Division. A copy of said Notice of Removal is attached hereto as Exhibit A.

**s/ Richard B. Garrett**

Richard B. Garrett

Exhibit C

Bar Number: (GAR027)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail: rbg@rsjg.com
rcb@rsjg.com
fcm@rsjg.com

**Attorneys for Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

Andy D. Birchfield, Jr., Esquire
Benjamin L. Locklar, Esquire
Beasley, Allen, Crow, Methvin,
    Portis & Miles, P. C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

s/Richard B. Garrett
Of Counsel

Exhibit C