TRANSFERRED MDL

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00232-WMA
## Internal Use Only

McCluskey v. Merck & Co., Inc. et al
Assigned to: Judge William M Acker, Jr
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/02/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**William D McCluskey**
*as Surviving Spouse and as Personal Representative of the Estate of Mary L McCluskey, deceased*

represented by **Andy D Birchfield, Jr**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
1-334-269-2343
Email: andy.birchfield@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin L Locklar**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: angie.faust@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Roger Smith, III**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
1-334-269-2343
Email: roger.smith@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**
*a foreign Corporation*

represented by **F Chadwick Morriss**
RUSHTON STAKELY JOHNSTON &
GARRETT PA
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3213
Fax: 334-262-6277
Email: fcm@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B Garrett**
RUSHTON STAKELY JOHNSTON &
GARRETT PA
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3245
Fax: 334-263-4157
Email: rbg@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert "Mike" Brock**
RUSHTON STAKELY JOHNSTON &
GARRETT PA
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3276
Fax: 334-262-6277
Email: rcb@rsjg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**
*a Delaware Corporation*

represented by **Lawrence B Clark**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
Suite 1600 Wachovia Tower
420 20th Street North
Birmingham, AL 35203
205-328-0480
Fax: 205-322-8007
Email: lclark@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Michael J Asbell**<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ PC<br>SouthTrust Tower, Suite 1600<br>420 North 20th Street<br>Birmingham, AL 35203-5202<br>205-244-3811<br>Fax: 205-488-3811<br>Email: jasbell@bakerdonelson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **G Steven Henry**<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ PC<br>SouthTrust Tower, Suite 1600<br>420 North 20th Street<br>Birmingham, AL 35203-5202<br>328-0480<br>Fax: 322-8007<br>Email: shenry@bakerdonelson.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Pharmacia Corporation**
*a Delaware Corporation*

represented by **Lawrence B Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G Steven Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**
*a Delaware Corporation*

represented by **Lawrence B Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G Steven Henry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle, LLC**
*a Delaware Corporation*

represented by **Lawrence B Clark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J Asbell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G Steven Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James A Stewart**
*an Individual*
*TERMINATED: 03/07/2007*

**Defendant**

**Anna Leigh Webb**
*an Individual*
*TERMINATED: 03/07/2007*

represented by **F Chadwick Morriss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B Garrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert "Mike" Brock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cedric D Anderson**
*an Individual*
*TERMINATED: 03/07/2007*

represented by **F Chadwick Morriss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard B Garrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                          **Robert "Mike" Brock**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Travis Taylor**                                represented by  **Lawrence B Clark**
*an Individual*                                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Asbell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Vandelune**                         represented by  **Lawrence B Clark**
*an Individual*                                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Asbell**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2007 | 1 | NOTICE OF REMOVAL by Merck & Co., Inc. from Circuit Court of Jefferson County, Alabama, case number CV 200607108 (Filing fee $350 receipt #200 233431)filed against William D McCluskey (Attachments: # 1 Exhibit A Joinder# 2 Exhibit B Motion to dismiss Stewart# 3 Exhibit B Part 1# 4 Exhibit B Part 2# 5 Exhibit B Part 3# 6 Exhibit C Notice of Removal# 7 Exhibit D Jury Awards# 8 Exhibit E# 9 Exhibit F Memorandum Opinion# 10 Exhibit G Declaration of Cedric Anderson# 11 Exhibit G Declaration of Anna Leigh Webb# 12 Exhibit G Afdt of Travis Taylor# 13 Exhibit G Afdt of Robert Vandelune# 14 Exhibit H Order# 15 Exhibit I Order)(KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 2 | MOTION to Stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation by Merck & Co., Inc.. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 3 | NOTICE of Corporate Disclosure by Merck & Co., Inc. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 4 | MOTION to Dismiss by Cedric D Anderson. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 5 | MOTION to Dismiss by Anna Leigh Webb. (KGE, ) (Entered: |

| | | |
|---|---|---|
| | | 02/06/2007) |
| 02/02/2007 | 6 | ANSWER to Complaint with Jury Demand by Merck & Co., Inc.. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 7 | JOINDER in Notice of Removal filed by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Pfizer Inc. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 8 | MOTION to Stay all proceedings pending transfer to Multidistrict Litigation proceeding by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Travis Taylor, Robert Vandelune, Pfizer Inc. (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 9 | NOTICE of Corporate Disclosure by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Pfizer Inc (KGE, ) (Entered: 02/06/2007) |
| 02/02/2007 | 10 | ANSWER to Complaint by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Travis Taylor, Robert Vandelune, Pfizer Inc.(KGE, ) (Entered: 02/06/2007) |
| 02/06/2007 | 11 | AMENDED DOCUMENT by Merck & Co., Inc.. Amendment to 1 Notice of Removal,, *Exhibit G - Part 1 - signed declaration of Anderson substituted for unsigned one inadvertently filed.* (Garrett, Richard) (Entered: 02/06/2007) |
| 02/06/2007 | 12 | AMENDED DOCUMENT by Merck & Co., Inc.. Amendment to 1 Notice of Removal,, *Pt 2 Ex G - executed declaration - Webb - in lieu of unsigned one inadvertently filed.* (Garrett, Richard) (Entered: 02/06/2007) |
| 02/12/2007 | 13 | MOTION to Remand *& Briefs in Opposition to Removals* by William D McCluskey. (Attachments: # 1 Exhibit 1# 2 Exhibit A1# 3 Exhibit B1# 4 Exhibit C1# 5 Exhibit D1# 6 Exhibit E1# 7 Exhibit F1# 8 Exhibit G1# 9 Exhibit 2# 10 Exhibit A2# 11 Exhibit B2# 12 Exhibit C2# 13 Exhibit D2)(Locklar, Benjamin) (Entered: 02/12/2007) |
| 02/12/2007 | 14 | RESPONSE in Opposition re 8 MOTION to Stay, 2 MOTION to Stay *Proceedings Pending Transfer to MDL* filed by William D McCluskey. (Locklar, Benjamin) (Entered: 02/12/2007) |
| 02/12/2007 | 15 | RESPONSE to Motion re 5 MOTION to Dismiss, 4 MOTION to Dismiss *Anna Leigh Webb and Cedric Anderson* filed by William D McCluskey. (Locklar, Benjamin) (Entered: 02/12/2007) |
| 02/12/2007 | 16 | Opposition to re 10 *Motion to Dismiss in Def. Pfizer's Answer* filed by William D McCluskey. (Locklar, Benjamin) (Entered: 02/12/2007) |
| 02/14/2007 | 17 | NOTICE of Hearing on Motion 13 MOTION to Remand: Motion Hearing set for 2/16/2007 09:00 AM before Judge William M Acker Jr. (KWC) (Entered: 02/14/2007) |
| 02/14/2007 | 18 | MOTION to Continue *Hearing on Plaintiff's Motion to Remand set for February 16, 2007* by Merck & Co., Inc.. (Garrett, Richard) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 02/14/2007) |
| 02/15/2007 |  | Motion docket hrg scheduled for 2/16/07 is cancelled. (KWC) (Entered: 02/15/2007) |
| 02/15/2007 | 19 | ORDER-granting dft's motion to continue and extend time; hearing scheduled for 2/16/07 is hereby CANCELLED; if dfts wish to respond to pla's motion to remand, they may do so in writing by 4:30 p.m. 3/2/07, Motions terminated: 18 MOTION to Continue Hearing on Plaintiff's Motion to Remand set for February 16, 2007. Signed by Judge William M Acker Jr on 2/15/07. (MAA, ) (Entered: 02/15/2007) |
| 03/01/2007 | 20 | Opposition to filed by Merck & Co., Inc.. (Attachments: # 1 Exhibit Exhibit 1 to Opposition to Plaintiff's Motion to Remand# 2 Exhibit Exhibit 2 to Opposition# 3 Exhibit Exhibit 3 to Opposition# 4 Exhibit Exhibit 4 to Opposition# 5 Exhibit Exhibit 5 to Opposition# 6 Exhibit Exhibit 6 to Opposition# 7 Exhibit Exhibit 7 to Opposition# 8 Exhibit Exhibit 8 to Opposition# 9 Exhibit Exhibit 9 to Opposition)(Garrett, Richard) (Entered: 03/01/2007) |
| 03/02/2007 | 21 | RESPONSE in Opposition re 13 MOTION to Remand & *Briefs in Opposition to Removals* filed by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Pfizer Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Asbell, Michael) (Entered: 03/02/2007) |
| 03/07/2007 | 22 | MEMORANDUM OPINION. Signed by Judge William M Acker Jr on 3/7/07. (MAA, ) (Entered: 03/07/2007) |
| 03/07/2007 | 23 | ORDER -In accordance with accompanying memorandum opinion, pla's motion to remand 13 is DENIED; dfts' motion to stay 2 is GRANTED; action is STAYED pending Judicial Panel on Multidistrict Litigation's determination of whether action will be transferred,pla's motion to dismiss dft James A. Stewart is GRANTED; action against Stewart is DISMISSED WITHOUT PREJUDICE; motions to dismiss filed by dfts Anderson 4 and Webb 5 are GRANTED; pla's action against Anderson and Webb is DISMISSED WITH PREJUDICE, Motions terminated: 8MOTION to Stay 2 MOTION to Stay 13 MOTION to Remand 5 MOTION to Dismiss 4MOTION to Dismiss.. Signed by Judge William M Acker Jr on 3/7/07. (MAA, ) (Entered: 03/07/2007) |
| 03/07/2007 |  | *** Party Anna Leigh Webb; Cedric D Anderson and James A Stewart terminated pursuant to 23. (MAA, ) (Entered: 03/07/2007) |
| 04/06/2007 | 24 | NOTICE of Appearance by G Steven Henry on behalf of Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Pfizer Inc (Henry, G) (Entered: 04/06/2007) |
| 04/06/2007 | 25 | STATUS REPORT by Pharmacia Corporation, Monsanto Company, G. D. Searle, LLC, Pfizer Inc. (Henry, G) (Entered: 04/06/2007) |
| 04/11/2007 | 26 | STATUS REPORT by Merck & Co., Inc.. (Garrett, Richard) (Entered: |

| | | |
|---|---|---|
| | | 04/11/2007) |
| 06/21/2007 | 27 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the District of Northern California, San Francisco Division for inclusion in MDL 05-1699; the original record, certified copy of docket entries along with a copy of the transmittal letter requested by transferee clerk mailed to Clerk of Court in District of Northern California, San Francisco Division. (KGE, ) (Entered: 06/22/2007) |

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: Kathy Englebert
DEPUTY CLERK