1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*   **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                         **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1   *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
    (06-2605 CRB)
2
    *Ozzie Jackson vs. Pfizer Inc, et al.*
3   (06-2274 CRB)

4   *Ronald Jacoby vs. Pfizer Inc, et al.*
    (07-4689 CRB)
5
    *Kathy Jewell vs. Pfizer Inc, et al.*
6   (07-1355 CRB)

7   *Dorothy Johnson vs. Pfizer Inc, et al.*
    (06-5039 CRB)
8
    *Billie Jean Johnstone vs. G.D. Searle LLC, et*
9   *al.*
    (07-4549 CRB)
10
    *John R. Jones vs. Pfizer Inc, et al.*
11  (06-3899 CRB)

12  *Sylvester Jones vs. G.D. Searle LLC, et al.*
    (07-4550 CRB)
13
    *Robert K. Kiser II vs. Pfizer Inc, et al.*
14  (06-4104 CRB)

15  *Frank Klinger vs. G.D. Searle LLC, et al.*
    (05-4739 CRB)
16
    *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17  (08-2149 CRB)

18  *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    (07-1528 CRB)
19
    *Bertha R. Lacy vs. Pfizer Inc, et al.*
20  (06-7383 CRB)

21  *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
    *al.*
22  (08-1856 CRB)

23  *Thomas Lauer vs. Pfizer Inc, et al.*
    (08-2854 CRB)
24
    *Barbara Laver vs. Pfizer Inc, et al.*
25  (08-3705 CRB)

26  *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    (06-7631 CRB)
27
    *Vickie L. Lewis vs. Pfizer Inc, et al.*
28  (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2     *Robert L. Lippincott vs. Pfizer Inc, et al.*
      (07-5018 CRB)

3     *John Scarcliff vs. G.D. Searle LLC, et al.*
      (05-4454 CRB)
4
      *Norma Matthias vs. Pfizer Inc, et al.*
5     (06-7632 CRB)

6     *Elise Mayes vs. Pfizer Inc, et al.*
      (08-3702 CRB)
7
      *William D. McCluskey vs. Merck & Co. Inc, et*
8     *al.*
      (07-3342 CRB)
9
      *Phyllis McCord vs. G.D. Searle LLC, et al.*
10    (05-4738 CRB)

11    *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
      (07-1317 CRB)
12
      *Vince Mejer vs. Pfizer Inc, et al.*
13    (07-0237 CRB)

14    *James Byron McVay vs. Pfizer Inc, et al.*
      (07-0861 CRB)
15
      *Alfred Melton vs. Pfizer Inc, et al.*
16    (06-2745 CRB)

17    *Richard McNabb, et al. vs. Pfizer Inc, et al.*
      (07-6450 CRB)
18
      *Wilmer Merriweather vs. G.D. Searle LLC, et*
19    *al.*
      (05-4452 CRB)
20
      *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21    (06-6588 CRB)

22    *Ronald Miller vs. Pfizer Inc, et al.*
      (09-0892 CRB)
23
      *Linda Mirza vs. Pfizer Inc, et al.*
24    (06-3818 CRB)

25    *Carolyn Montiforte vs. Pfizer Inc, et al.*
      (07-4735 CRB)
26
      *Henry C. Morris vs. Pfizer Inc, et al.*
27    (06-3686 CRB)

28    *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)
3
   *Ed Narke vs. Pfizer Inc, et al.*
4  (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)
6
   *Rosa M. Nelson vs. Pfizer Inc, et al.*
7  (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)
9
   *Floyd Odom vs. Pfizer Inc, et al.*
10 (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)
12
   *Mary Osteen vs. Pfizer Inc, et al.*
13 (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)
15
   *James Curtis Owens vs. Pfizer Inc, et al.*
16 (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)
18
   *Albert Pearson vs. G.D. Searle LLC, et al.*
19 (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)
21
   *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22 (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)
24
   *Linda Redinger vs. Pfizer Inc, et al.*
25 (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)
27
   *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28 (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1   *Tracy Ring vs. G.D. Searle LLC, et al.*
2   (06-0733 CRB)

3

4       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7   each side bearing its own attorneys' fees and costs.

8

9       DATED: 10·16 2009        By: *Jlaven Word F.*

10                                 **BEASLEY, ALLEN, CROW, METHVIN,**
11                                 **PORTIS & MILES, P.C.**
                                   218 Commerce Street
12                                 P.O. Box 4160
                                   Montgomery, Alabama 36103
13                                 Telephone: 334-269-2343
                                   Facsimile: 334-954-7555

14                                 *Attorneys for Plaintiffs*

15

16      DATED: Oct. 19, 2009      By:

17

18                                 **DLA PIPER LLP (US)**
                                   1251 Avenue of the Americas
19                                 New York, New York 10020
                                   Telephone: 212-335-4500
20                                 Facsimile: 212-335-4501

                                   *Defendants' Liaison Counsel*
21

22

23      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24      **IT IS SO ORDERED.**

25

26      Dated: 10/22/2009
                                   Hon. Charles R. Breyer
27                                 United States District Court

28

                                   -5-